IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **DONALD N. PITTMAN,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-177 (MTT) |
| **BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,** *et al.*, | ) |
| Defendants. | ) |

## SETTLEMENT ORDER

The Court has been advised by counsel that the above action has been settled.

**IT IS, THEREFORE, ORDERED** that the action be dismissed without costs other than those due this Court and without prejudice to the right, upon good cause shown within ninety (90) days, to reopen the action if settlement is not consummated. If the action is not reopened, it shall stand dismissed, with prejudice.

**SO ORDERED,** this 7th day of January, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT